UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

N.A. individually and on behalf of M.A., a child with a disability,

                              Plaintiff,

   -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                             Defendant.

CIVIL ACTION NO.: 21 Civ. 2643 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

By **Friday, August 12, 2022**, Plaintiff shall respond to Defendant's letter-motion seeking a pre-motion conference, or in the alternative, reconsideration of the Report and Recommendation issued August 4, 2022.  (ECF No. 49).

Dated:     New York, New York
              August 11, 2022

_____
SARAH L. CAVE
United States Magistrate Judge