**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
N.A., Individually and On Behalf of M.A.,
a Child With a Disability,

                       Plaintiff,

     -against-                                  21 **CIVIL** 2643 (PGG)(SLC)

                                                        **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                     Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated January 4, 2023, and the Court's Order dated December 12, 2022, Magistrate Judge Cave's Amended R&R (Dkt. No. 53) is adopted in part. Plaintiff is awarded $24,670 in attorneys' fees for the administrative proceeding, $1,217.50 in attorneys' fees for the federal action, $612.55 in costs, and post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York

      January 4, 2023

                                                 **RUBY J. KRAJICK**

                                                   **Clerk of Court**

                           **BY:**      K. Mango

                                                   **Deputy Clerk**