UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.A., Individually and On Behalf of M.A., a Child With a Disability,<br><br>                          Plaintiff,<br><br>                - against -<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                          Defendant. | **ORDER**<br><br>21 Civ. 2643 (PGG) (SLC) |

PAUL G. GARDEPHE, U.S.D.J.:

       On February 10, 2023, the United States Court of Appeals for the Second Circuit remanded this case for further proceedings in the District Court following the Second Circuit's determination of <u>H.C., Individually, and on behalf of J.C. a child with a disability v. New York City Department of Education</u>, 21-1582, and the related appeals, pursuant to the case management order entered in that case.  (Dkt. No. 63)

       The parties are directed to submit a joint letter with this Court within two weeks of the Second Circuit's ruling on those appeals, setting forth the parties' positions regarding what steps, if any, the Court should take in response to the ruling.

Dated:  New York, New York
          February 24, 2023

                                                      SO ORDERED.

                                                      Paul G. Gardephe
                                                      United States District Judge