UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
N.A., Individually and On Behalf of M.A.,
a Child With a Disability,

                 Plaintiff,

      -against-                               21 **CIVIL** 2643 (PGG)(SLC)

                                                                **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                 Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated July 7, 2023, the Court's Memo Endorsed Order dated January 4, 2023, and the Court's Order dated December 12, 2022, Magistrate Judge Cave's Amended R&R (Dkt. No. 53) is adopted in part. Plaintiff is awarded $24,670 in attorneys' fees for the administrative proceeding, $1,217.50 in attorneys' fees for the federal action, $612.55 in costs, and post-judgment interest pursuant to 28 U.S.C. § 1961.

**Dated:**  New York, New York

       July 10, 2023

                                                                **RUBY J. KRAJICK**

                                                                      **Clerk of Court**

                             **BY:**

                                                                    **Deputy Clerk**